BORDEN, J., did not participate in the consideration or decision of this petition.

*Geoffrey Naab*, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided July 13, 2000

## IN RE SHAREEF J. ET AL.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*John Hutchinson Kelley*, in support of the petition.

*Marcy Kossar*, in opposition.

Decided July 13, 2000

## STATE OF CONNECTICUT *v.* MARK JENKINS

*Raymond J. Rigat*, special public defender, in support of the petition.

*Robin S. Schwartz*, special deputy assistant state's attorney, in opposition.

Decided July 13, 2000